IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDRE LEROY GARRETT, ID # 829874, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:08-CV-0129-L |
| ) | ECF |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
| Respondent. ) | |

### RECOMMENDATION REGARDING CERTIFICATE OF APPEALABILITY

A Notice of Appeal has been filed in the above captioned action in which:

(**X**)  the District Court has entered a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the undersigned Magistrate Judge recommends as follows:

**IFP STATUS**:

(**X**)  the party appealing should be GRANTED *in forma pauperis* status on appeal.

**COA**:

( )  a Certificate of Appealability should be GRANTED. (See issues set forth below).
(**X**)  a Certificate of Appealability should be DENIED. (See reasons stated below).

**REASONS FOR DENIAL:** For the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **March 5, 2008**, which were accepted by the District Court on **May 22, 2008**, the habeas corpus petition is a successive petition. *See* 28 U.S.C. § 2244(b); *Crone v. Cockrell*, 324 F.3d 833, 836-37 (5th Cir. 2003). Petitioner has failed to show that reasonable jurists would find it debatable whether the Court was correct in dismissing his successive petition pending review by a three-judge panel of the Fifth Circuit Court of Appeals. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

DATED this 28th of July, 2008.

1                      _____
                       IRMA CARRILLO RAMIREZ
                       UNITED STATES MAGISTRATE JUDGE